# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TOMAS DE LA CRUZ PEREZ<br><br>Defendant. | CASE NO. 8:21CR112<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

X *Tomas de la Cruz Perez*     5-3-2021
Defendant                                                    Date

_____     5/3/2021
Attorney for Defendant                         Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __3__ day of __May__, 20__21__.

BY THE COURT:

*Susan M Bazis*
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT